Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

Myrl R. Howe, Respondent, v. Robert E. Howe, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Myrl R. Howe, Respondent, v. Robert E. Howe, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post,* p. 1121.]

Myrl R. Howe, Respondent, v. Robert E. Howe, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

Henry Martin, Respondent, v. Fast Theatres, Inc., Appellant.—